IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**TODD LOPEZ, as Personal Representative of the Estate of APOLINAR JAQUEZ GARCIA; CYNTHIA GUERECA; and ESMERALDA RAMOS QUIRINO, on behalf of her minor Child, A.J.J.R.,**

      **Plaintiffs,**

v.

**EOG RESOURCES, INC.,**

      **Defendant.**

No. 22-CV-562-JHR-SCY

### ORDER GRANTING STIPULATED MOTION TO REMAND

Before the Court is the Parties' Stipulated Motion to Remand (Doc. 5), filed on July 29, 2022.

The Parties stipulate that this case should be remanded to the First Judicial District Court, County of Santa Fe, State of New Mexico.

IT IS HEREBY ORDERED that this action is remanded to the First Judicial District, Santa Fe County, State of New Mexico, with each side bearing her, his, or its own attorneys' fees and costs. The Clerk of Court is directed to remand 22-CV-562-JHR-SCY to the First Judicial District Court, Santa Fe County, State of New Mexico.

SO ORDERED

_____
United States Magistrate Judge

Respectfully submitted,

*/s/ John C. Anderson*
John C. Anderson
Judd C. West
Julia Broggi
**HOLLAND & HART LLP**
110 North Guadalupe, Ste. 1
Santa Fe, NM  87501
Tel: (505) 988-4421
Fax: (505) 983-6043
jcanderson@hollandhart.com
jcwest@hollandhart.com
jbroggi@hollandhart.com

and

Michael W. Magee
**MEHAFFYWEBER**
One Allen Center
500 Dallas Street, Ste. 2800
Houston, TX  77002
Tel: (713) 210-8955
Fax: (713) 655-0222
michaelmagee@mehaffyweber.com
markappling@mehaffyweber.com

and

Matthew S. Rappaport
**MILLER STRATVERT P.A.**
P.O. Box 25687
Albuquerque, NM  87125
Tel: 505-842-1950
mrappaport@mstlaw.com

*Counsel for Defendant EOG Resources, Inc.*

Chad Inderman
Pedro Leyva, Jr.
GLASHEEN, VALLES, & INDERMAN, LLP
P.O. Box 1976
Lubbock, TX 79408
(806) 776-1331
inderman@glasheenlaw.com
pedro.leyva@glasheenlaw.com

and

David J. Jaramillo
JARAMILLO LAW FIRM, PC
505 Roma Ave. N.W.
Albuquerque, NM 87102
david@djnmlaw.com

and

*/s/ Justin R. Kaufman (approved via email 07/29/22)*
Rosalind B. Bienvenu
Justin R. Kaufman
DURHAM, PITTARD & SPALDING, L.L.P.
505 Cerrillos Road, Suite A209
Santa Fe, NM 87501
rbienvenu@dpslawgroup.com
jkaufman@dpslawgroup.com
(505) 986-0600

*Counsel for Plaintiffs*


*/s/ Amy E. Headrick (approved via email 07/29/22)*
Amy E. Headrick
Nicholas W. Chiado
BUTT THORNTON & BAEHR, P.C.
P.O. Box 3170
Albuquerque, NM 87190-0777
(505) 884-0777
aeheadrick@btblaw.com
nwchiado@btblaw.com

*Counsel for Plaintiff-in-Intervention American Transportation Group Insurance Risk Retention Group, Inc.*


*/s/ Courtenay L. Keller (approved via email 07/29/22)*
Courtenay L. Keller
Taryn M. Kaselonis
RILEY, SHANE & KELLER, P.A.
3880 Osuna Road N.E.
Albuquerque, NM 87109

(505) 883-5030
ckeller@rileynmlaw.com
tkaselonis@rileynmlaw.com

***Counsel for Plaintiff-in-Intervention Hilltop Insurance Company***